# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO 1:06CR265

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| ARMANDO DESPAIGNE | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to obtain any and all documents pertaining to his recent psychiatric evaluation.

The Defendant is advised that he is represented by competent counsel. Therefore, any matters the Defendant wishes to bring to the Court's attention must be presented to his attorney.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion for documents is hereby **DENIED**.

Signed: July 18, 2007

Lacy H. Thornburg
United States District Judge