# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO 1:06CR265

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| VS. | ) **O R D E R** |
|  | ) |
| ARMANDO DESPAIGNE | ) |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion "alleging a defect in the indictment," filed August 15, 2008.

The Defendant is advised that he is represented by competent counsel.[1] Therefore, any matters the Defendant wishes to bring to the Court's attention must be presented through his attorney. ***Jordan v. Hargett,*** **34 F.3d 310 (5th Cir. 1994) ("[O]nce a defendant elects to take advantage of his right to counsel, . . . all further communications with the court and the prosecutor should be made through his attorney." (internal quotation marks omitted)).**

---

[1] Even though the motion is captioned as being filed *pro se* and has been signed by the Defendant, it also contains the signature of another inmate acting in the capacity of "Jailhouse lawyer." **See Motion, at 1, 3.**

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion is hereby **DENIED**.

Signed: August 21, 2008

Lacy H. Thornburg
United States District Judge