

# U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

**FILED
ASHEVILLE, N.C.
SEP 3 0 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.**

*Federal Medical Center
P. O. Box 1600
Butner, NC 27509
(919) 575-3900*

September 23, 2008

The Honorable Lacy H. Thornburg
325 United States Courthouse
100 Otis Street
Asheville, North Carolina 28801

RE:   DESPAIGNE, Armando
      Register Number:   87484-071
      Docket Number:     1:06CR265

Dear Judge Thornburg:

The above-referenced individual was admitted to the Mental Health Unit of this facility on September 12, 2008, pursuant to the provisions of Title 18, United States Code, Section 4246(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Despaigne, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution and be extended for an additional 30 days. If this request is granted, the evaluation period will end on November 25, 2008. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Complex Warden

AFB/blb

**GRANTED**/DENIED (Circle One)

Signature: _____   DATE: 9-30-08
           District Judge Lacy H. Thornburg

cc:  Richard Lee Edwards, Assistant United States Attorney
     Fredilyn Sison, Defense Attorney