# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO 1:06CR265

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **ARMANDO DESPAIGNE** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein. Defendant has no objection to the relief sought.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Probation Office, and the United States Marshal.

Signed: February 17, 2009

Lacy H. Thornburg
United States District Judge